# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | § § | |
| MENDEZ, INOCENCIO B. | § § | Case No. 15-24574 |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/20/2015 . The undersigned trustee was appointed on 07/20/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $       12,750.00

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 3,500.00 |
| Bank service fees | 25.08 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 2,700.04 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 6,524.88 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was  04/18/2016  and the deadline for filing governmental claims was  04/18/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,755.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,755.00 , for a total compensation of $ 1,755.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/16/2018          By:/s/GINA B. KROL
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 15-24574 | JSB | Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- | --- |
| Case Name: | MENDEZ, INOCENCIO B. | | | Date Filed (f) or Converted (c): | 07/20/15 (f) |
| | | | | 341(a) Meeting Date: | 08/18/15 |
| For Period Ending: | 05/16/18 | | | Claims Bar Date: | 04/18/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNTS | 15.85 | 0.00 | | 0.00 | FA |
| Checking account with PNC Bank, account number ****358 | | | | | |
| 2. SECURITY DEPOSITS | 0.00 | 0.00 | | 0.00 | FA |
| Security deposit with landlord, $500.00. | | | | | |
| 3. HOUSEHOLD GOODS | 600.00 | 0.00 | | 0.00 | FA |
| Household goods including TV, living room and bedroom furniture, microwave, tables, chairs, pots, pans, dishes. | | | | | |
| 4. BOOKS / COLLECTIBLES | 50.00 | 0.00 | | 0.00 | FA |
| Various books and family pictures. | | | | | |
| 5. WEARING APPAREL | 250.00 | 0.00 | | 0.00 | FA |
| Necessary clothing | | | | | |
| 6. FIREARMS AND HOBBY EQUIPMENT | 50.00 | 0.00 | | 0.00 | FA |
| Camera | | | | | |
| 7. CONTINGENT CLAIMS | Unknown | 10,050.00 | | 12,750.00 | FA |
| Potential EEOC claim against Infiniti of Clarendon Hills. | | | | | |
| TOTALS (Excluding Unknown Values) | $965.85 | $10,050.00 | | $12,750.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Litigation filed in District Court - June 28, 2017, 01:47 pm

EEOC claim pending

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                    Ver: 20.00i

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 15-24574   JSB   Judge: JANET S. BAER | Trustee Name:   GINA B. KROL |
| Case Name: | MENDEZ, INOCENCIO B. | Date Filed (f) or Converted (c):   07/20/15 (f) |
| | | 341(a) Meeting Date:   08/18/15 |
| | | Claims Bar Date:   04/18/16 |

October 12, 2016, 02:49 pm

EEOC claim has value. Trustee to employ special counsel to proceed for estate.
January 14, 2016, 12:16 pm

Initial Projected Date of Final Report (TFR): 12/31/17     Current Projected Date of Final Report (TFR): 12/31/18

/s/    GINA B. KROL
_____     Date: 05/16/18
      GINA B. KROL

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 15-24574 -JSB |
| Case Name: | MENDEZ, INOCENCIO B. |
| Taxpayer ID No: | *******7902 |
| For Period Ending: | 05/16/18 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8119  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 02/23/18 | 7 | Infinity of Clarendon Hills<br>415 E. Ogden Ave.<br>Clarendon Hills, IL 60514 | Settlement Proceeds | 1149-003 | 10,050.00 | | 10,050.00 |
| * 02/23/18 | 7 | Infintiy of Clarendon Hills<br>415 E. Ogden Ave.<br>Clarendon Hills, IL  60514 | Exemption amount of Settlement Proc | 1149-003 | 2,700.00 | | 12,750.00 |
| 02/23/18 | 030001 | Goldberg Weisman Cairo<br>One East Wacker Drive<br>39th Floor<br>Chicago, IL 60601 | Special Counsel Fees<br>Overpayment of $200 was made in error<br>Special Counsel returned overpayment | 3210-600 | | 3,700.00 | 9,050.00 |
| 02/23/18 | 030002 | Oasis Legal Financial LLC<br>9525 W. Bryn Mawr Ave.<br>Suite 900<br>Rosemont, IL 60018 | Lien on Debtor's Exemption Claim | 8100-000 | | 2,299.29 | 6,750.71 |
| 02/23/18 | 030003 | Inocencio Mendez<br>c/o Dana Blumthal<br>One East Wacker Dr.<br>39th Floor<br>Chicago, IL 60601 | Balance of Exemption | 8100-000 | | 400.75 | 6,349.96 |
| 03/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,339.96 |
| 04/06/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.08 | 6,324.88 |
| * 04/16/18 | 7 | Infintiy of Clarendon Hills<br>415 E. Ogden Ave.<br>Clarendon Hills, IL  60514 | Exemption amount of Settlement Proc<br>Entered as a deposit in error<br>Should have been recorded as an allocated debit | 1149-003 | -2,700.00 | | 3,624.88 |
| * 04/18/18 | | Adjustment | Adjustment to Correct Error | 9999-003 | 2,700.00 | | 6,324.88 |
| 04/25/18 | | Dana Blumthal<br>4333 N. Kedvale<br>Chicago, IL | Overpayment of Fees | 3210-600 | | -200.00 | 6,524.88 |
| * 05/16/18 | 7 | Infinity of Clarendon Hills | Settlement Proceeds | 1149-003 | -10,050.00 | | -3,525.12 |
| | | | Page Subtotals | | 2,700.00 | 6,225.12 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 20.00i

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-24574 -JSB | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | MENDEZ, INOCENCIO B. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8119  Checking Account |
| Taxpayer ID No: | *******7902 | | | |
| For Period Ending: | 05/16/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/16/18 | 7 | 415 E. Ogden Ave. Clarendon Hills, IL 60514 Infinity of Clarendon Hills | Settlement Proceeds | 1149-000 | 12,750.00 | | 9,224.88 |
| * 05/16/18 | | 415 E. Ogden Ave. Clarendon Hills, IL 60514 Reverses Adjustment IN on 04/18/18 | Original Deposit # 1 dated 2/23/18  - incorrect amount. Adjustment to Correct Error | 9999-003 | -2,700.00 | | 6,524.88 |

|   |   |   |
| --- | --- | --- |
| COLUMN TOTALS | 12,750.00 | 6,225.12 | 6,524.88 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 12,750.00 | 6,225.12 | |
| Less:  Payments to Debtors | | 2,700.04 | |
| Net | 12,750.00 | 3,525.08 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********8119 | 12,750.00 | 3,525.08 | 6,524.88 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 12,750.00 | 3,525.08 | 6,524.88 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     10,050.00     0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | | Date: May 16, 2018 |

Case Number: 15-24574  
Debtor Name: MENDEZ, INOCENCIO B.  
Priority Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,755.00 | $1,755.00 |
| 001<br>3210-60 | Dana Blumthal<br>GWC<br>One East Wacker Dr.<br>39th Floor<br>Chicago, IL 60601 | Administrative | 2221918119  02/23/18  30001 | $0.00 | $3,500.00<br>3,700.00 | $3,500.00 |
| 000001<br>070<br>7100-00 | Midland Credit Management, Inc. as agent for<br>MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090 | Unsecured | | $0.00 | $356.03 | $356.03 |
| 0000010<br>070<br>7100-90 | First Premier Bank<br>PO Box 5529<br>Sioux Falls, SD 57117 | Unsecured<br>Claim filed by Trustee | | $495.00 | $495.00 | $495.00 |
| 0000011<br>070<br>7100-00 | Hinsdale Orthopaedics'<br>PO Box 5461<br>Carol Stream, IL 60197 | Unsecured<br>Claim filed by Trustee | | $746.00 | $746.00 | $746.00 |
| 0000012<br>070<br>7100-90 | Kohl's/Capone<br>N56 W 17000 Ridgewood Dr.<br>Menomonee Falls, WI 53051 | Unsecured<br>Claim filed by Trustee | | $467.00 | $467.00 | $467.00 |
| 0000013<br>070<br>7100-00 | Loyola University Medical Ctr<br>PO Box 3021<br>Milwaukee, WI 53201 | Unsecured<br>Claim filed by Trustee | | $31.50 | $31.50 | $31.50 |
| 0000014<br>070<br>7100-90 | LVNV Funding LLC<br>PO Box 740281<br>Houston, TX 77274 | Unsecured<br>Claim filed by Trustee | | $1,319.00 | $1,319.00 | $1,319.00 |
| 0000015<br>070<br>7100-90 | Macy's<br>9111 Duke Blvd<br>Mason, OH 45040 | Unsecured<br>Claim filed by Trustee | | $488.00 | $488.00 | $488.00 |
| 0000016<br>070<br>7100-00 | Peoples Gas<br>Chicago, IL 60687-0001 | Unsecured<br>Claim filed by Trustee | | $216.90 | $216.90 | $216.90 |
| 0000017<br>070<br>7100-00 | Velocity Investments<br>c/o Reed Centraccio Zac, LLC<br>70 E. Lake St. Ste. 500<br>Chicago, IL 60601 | Unsecured<br>Claim filed by Trustee | | $13,671.07 | $13,671.07 | $13,671.07 |
| 000002<br>070<br>7100-00 | Midland Credit Management, Inc. as agent for<br>MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090 | Unsecured | | $0.00 | $961.67 | $961.67 |

Page 2 | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | Date: May 16, 2018

Case Number: 15-24574  
Debtor Name: MENDEZ, INOCENCIO B.  
Priority Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000003 070 7100-00 | CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Unsecured | | $0.00 | $467.26 | $467.26 |
| 000004 070 7100-00 | One Main Financial<br>c/o Atlantaic Card<br>PO Box 13386<br>Roanoke, VA  24033 | Unsecured | Claim filed by Trustee | $7,480.00 | $7,480.00 | $7,480.00 |
| 000005 070 7100-00 | Associated Pathology<br>c/o Northwest Collections<br>3601 Algonquin Rd., Ste. 23<br>Rolling Meadows, IL 60008 | Unsecured | Claim filed by Trustee | $284.00 | $284.00 | $284.00 |
| 000006 070 7100-00 | Check 'n go<br>c/o Real Time Resolutions<br>1349 Empire Central Dr., Ste. 150<br>Dallas, TX 75247 | Unsecured | Claim filed by Trustee | $1,740.00 | $1,740.00 | $1,740.00 |
| 000007 070 7100-00 | CIMPAR SC<br>111 Superior Street<br>Suite 104<br>Melrose Park, IL 60160 | Unsecured | Claim filed by Trustee | $106.00 | $106.00 | $106.00 |
| 000008 070 7100-00 | Edfinancial Services L<br>120 N. Seven Oaks Dr.<br>Knoxville, TN  37922 | Unsecured | Claim filed by Trustee | $6,679.00 | $6,679.00 | $6,679.00 |
| 000009 070 7100-00 | Edfinancial Services L<br>120 N. Seven Oaks Dr.<br>Knoxville, TN  37922 | Unsecured | Claim filed by Trustee | $17,207.00 | $17,207.00 | $17,207.00 |
| | Case Totals: | | | $50,930.47 | $57,970.43 | $57,970.43 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-24574
Case Name: MENDEZ, INOCENCIO B.
Trustee Name: GINA B. KROL

| | | |
|---|---|---|
| Balance on hand | $ | 6,524.88 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 1,755.00 | $ 0.00 | $ 1,755.00 |
| Other: Dana Blumthal | $ 3,500.00 | $ 3,500.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,755.00 |
| Remaining Balance | $ 4,769.88 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 52,715.43  have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Midland Credit Management, Inc. as agent for MIDLAND FUNDING LLC PO Box 2011 Warren, MI 48090 | $ 356.03 | $ 0.00 | $ 32.21 |
| 000002 | Midland Credit Management, Inc. as agent for MIDLAND FUNDING LLC PO Box 2011 Warren, MI 48090 | $ 961.67 | $ 0.00 | $ 87.02 |
| 000003 | CAPITAL ONE, N.A. C/O BECKET AND LEE LLP PO BOX 3001 MALVERN, PA 19355-0701 | $ 467.26 | $ 0.00 | $ 42.28 |
| 000004 | One Main Financial c/o Atlantaic Card PO Box 13386 Roanoke, VA 24033 | $ 7,480.00 | $ 0.00 | $ 676.81 |
| 000005 | Associated Pathology c/o Northwest Collections 3601 Algonquin Rd., Ste. 23 Rolling Meadows, IL 60008 | $ 284.00 | $ 0.00 | $ 25.70 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Check 'n go<br>c/o Real Time Resolutions<br>1349 Empire Central Dr., Ste. 150<br>Dallas, TX 75247 | $ 1,740.00 | $ 0.00 | $ 157.44 |
| 000007 | CIMPAR SC<br>111 Superior Street<br>Suite 104<br>Melrose Park, IL 60160 | $ 106.00 | $ 0.00 | $ 9.59 |
| 000008 | Edfinancial Services L<br>120 N. Seven Oaks Dr.<br>Knoxville, TN 37922 | $ 6,679.00 | $ 0.00 | $ 604.34 |
| 000009 | Edfinancial Services L<br>120 N. Seven Oaks Dr.<br>Knoxville, TN 37922 | $ 17,207.00 | $ 0.00 | $ 1,556.95 |
| 0000010 | First Premier Bank<br>PO Box 5529<br>Sioux Falls, SD 57117 | $ 495.00 | $ 0.00 | $ 44.79 |
| 0000011 | Hinsdale Orthopaedics'<br>PO Box 5461<br>Carol Stream, IL 60197 | $ 746.00 | $ 0.00 | $ 67.50 |
| 0000012 | Kohl's/Capone<br>N56 W 17000 Ridgewood Dr.<br>Menomonee Falls, WI 53051 | $ 467.00 | $ 0.00 | $ 42.26 |
| 0000013 | Loyola University Medical Ctr<br>PO Box 3021<br>Milwaukee, WI 53201 | $ 31.50 | $ 0.00 | $ 2.85 |
| 0000014 | LVNV Funding LLC<br>PO Box 740281<br>Houston, TX 77274 | $ 1,319.00 | $ 0.00 | $ 119.35 |
| 0000015 | Macy's<br>9111 Duke Blvd<br>Mason, OH 45040 | $ 488.00 | $ 0.00 | $ 44.16 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 0000016 | Peoples Gas<br>Chicago, IL 60687-0001 | $ 216.90 | $ 0.00 | $ 19.63 |
| 0000017 | Velocity Investments<br>c/o Reed Centraccio Zac, LLC<br>70 E. Lake St. Ste. 500<br>Chicago, IL 60601 | $ 13,671.07 | $ 0.00 | $ 1,237.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 4,769.88 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*