IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 |
| | ) | |
| Inocencio Mendez, | ) | 15-24574 |
| | ) | |
| Debtor(s). | ) | |

**PROOF OF SERVICE**

TO: See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, were sent on May 17, 2018, by First Class U.S. Mail to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL 60602
312-368-0300                                           BY:/s/ Gina B. Krol
                                                       Ch 7 Bankruptcy Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 15-24574<br>Northern District of Illinois<br>Chicago<br>Thu May 17 10:42:30 CDT 2018 | Recovery Management Systems Corporation<br>25 SE Second Avenue Suite 1120<br>Miami, FL 33131-1605 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Associated Pathology<br>c/o Northwest Collections<br>3601 Algonquin Road<br>Suite 23<br>Rolling Meadows, IL 60008-3126 | Atlantic Card<br>P.O. Box 13386<br>Roanoke, VA 24033-3386 | Blitt & Gaines PC<br>661 Glenn Ave.<br>Wheeling, IL 60090-6017 |
| CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | CIMPAR SC<br>1111 Superior Street<br>Suite 104<br>Melrose Park, IL 60160-4100 | Check 'n Go<br>c/o Real Time Resolutions<br>1349 Empire Central Drive, Ste 150<br>Dallas, TX 75247-4029 |
| Client Services, Inc.<br>3451 Harry Truman Blvd.<br>Saint Charles, MO 63301-9816 | Convergent Outsourcing<br>800 SW 39th Street<br>Renton, WA 98057-4975 | Edfinancial Services L<br>120 N Seven Oaks Dr<br>Knoxville, TN 37922-2359 |
| FCA Asset Management<br>120 E Liberty Dr<br>Wheaton, IL 60187-5465 | (p)FIRST NATIONAL COLLECTION BUREAU<br>50 W LIBERTY ST<br>STE 250<br>RENO NV 89501-1973 | First Premier Bank<br>601 S. Minnesota Ave<br>Sioux Falls, SD 57104-4868 |
| First Premier Bank<br>P.O. Box 5529<br>Sioux Falls, SD 57117-5529 | Hinsdale Orthopaedics<br>P.O. Box 5461<br>Carol Stream, IL 60197-5461 | Kohls/Capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 |
| LVNV Funding, LLC<br>P.O. Box 740281<br>Houston, TX 77274-0281 | Loyola University Medical Ctr<br>P.O. Box 3021<br>Milwaukee, WI 53201-3021 | Macy's<br>9111 Duke Blvd<br>Mason, OH 45040-8999 |
| Midland Credit Management, Inc. as agent for<br>MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Midland Funding<br>8875 Aero Dr., Ste 200<br>San Diego, CA 92123-2255 | NCO Financial Systems<br>P.O. Box 15270<br>Wilmington, DE 19850-5270 |
| Niagra Credit Solutions, Inc.<br>420 Lawrence Bell Drive<br>Suite 2<br>Williamsville, NY 14221-8820 | Northwest Collectors<br>3601 Algonquin Rd., Ste 23<br>Rolling Meadows, IL 60008-3143 | One Main Financial<br>c/o Atlantic Card<br>P.O. Box 13386<br>Roanoke, VA 24033-3386 |
| Onemain Financial<br>P.O. Box 499<br>Hanover, MD 21076-0499 | Onemain Financial, Inc.<br>6500 W. Irving Park Rd. #H<br>Chicago, IL 60634-2454 | Peoples Gas<br>Chicago, IL 60687-0001 |

| | | |
|---|---|---|
| Real Time Resolutions<br>1349 Empire Central Drive<br>Suite 150<br>Dallas, TX 75247-4029 | Reed Centracchio Zac LLC<br>70 E. Lake Street<br>Suite 500<br>Chicago, IL 60601-5990 | Synchrony Bank<br>c/o Recovery Management Systems Corp.<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Velocity Investments<br>c/o Reed Centracchio Zac, LLC<br>70 E Lake Street, Ste 500<br>Chicago, IL 60601-5990 | Webbank/Fingerhut<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303-0820 | Charles E Glanzer<br>Glanzer & Associates, P.C.<br>101 W. Grand Ave., Ste. 200<br>Chicago, IL 60654-7130 |
| Gina B Krol<br>Cohen & Krol<br>105 West Madison St Ste 1100<br>Chicago, IL 60602-4600 | Inocencio B. Mendez<br>31 58th Street<br>Apt. 14B<br>Clarendon Hills, IL 60514-7616 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

First National Collection Bureau
610 Waltham Way
Sparks, NV 89434

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Dana Blumthal
the firm of Newland & Newland LLP

End of Label Matrix
Mailable recipients    38
Bypassed recipients     1
Total                  39

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re: §
§
MENDEZ, INOCENCIO B. § Case No. 15-24574 JSB
§
Debtor §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
JEFFREY P. ALLSTEADT
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 15 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 06/22/2018 in Courtroom 240,
Kane County Courthouse
100 S. Third Street
Geneva, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/16/2018           By: Gina B. Krol
                                          Trustee


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re: §
 §
MENDEZ, INOCENCIO B. § Case No. 15-24574 JSB
 §
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 12,750.00 |
| and approved disbursements of | $ | 6,225.12 |
| leaving a balance on hand of[1] | $ | 6,524.88 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 1,755.00 | $ 0.00 | $ 1,755.00 |
| Other: Dana Blumthal | $ 3,500.00 | $ 3,500.00 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,755.00 |
| Remaining Balance | | | $ 4,769.88 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 52,715.43  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  9.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Midland Credit Management, Inc. as agent for MIDLAND FUNDING LLC PO Box 2011 Warren, MI 48090 | $ 356.03 | $ 0.00 | $ 32.21 |
| 000002 | Midland Credit Management, Inc. as agent for MIDLAND FUNDING LLC PO Box 2011 Warren, MI 48090 | $ 961.67 | $ 0.00 | $ 87.02 |
| 000003 | CAPITAL ONE, N.A. C/O BECKET AND LEE LLP PO BOX 3001 MALVERN, PA 19355-0701 | $ 467.26 | $ 0.00 | $ 42.28 |
| 000004 | One Main Financial c/o Atlantaic Card PO Box 13386 Roanoke, VA  24033 | $ 7,480.00 | $ 0.00 | $ 676.81 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000005 | Associated Pathology c/o Northwest Collections 3601 Algonquin Rd., Ste. 23 Rolling Meadows, IL 60008 | $ 284.00 | $ 0.00 | $ 25.70 |
| 000006 | Check 'n go c/o Real Time Resolutions 1349 Empire Central Dr., Ste. 150 Dallas, TX 75247 | $ 1,740.00 | $ 0.00 | $ 157.44 |
| 000007 | CIMPAR SC 111 Superior Street Suite 104 Melrose Park, IL 60160 | $ 106.00 | $ 0.00 | $ 9.59 |
| 000008 | Edfinancial Services L 120 N. Seven Oaks Dr. Knoxville, TN 37922 | $ 6,679.00 | $ 0.00 | $ 604.34 |
| 000009 | Edfinancial Services L 120 N. Seven Oaks Dr. Knoxville, TN 37922 | $ 17,207.00 | $ 0.00 | $ 1,556.95 |
| 0000010 | First Premier Bank PO Box 5529 Sioux Falls, SD 57117 | $ 495.00 | $ 0.00 | $ 44.79 |
| 0000011 | Hinsdale Orthopaedics' PO Box 5461 Carol Stream, IL 60197 | $ 746.00 | $ 0.00 | $ 67.50 |
| 0000012 | Kohl's/Capone N56 W 17000 Ridgewood Dr. Menomonee Falls, WI 53051 | $ 467.00 | $ 0.00 | $ 42.26 |
| 0000013 | Loyola University Medical Ctr PO Box 3021 Milwaukee, WI 53201 | $ 31.50 | $ 0.00 | $ 2.85 |
| 0000014 | LVNV Funding LLC PO Box 740281 Houston, TX 77274 | $ 1,319.00 | $ 0.00 | $ 119.35 |
| 0000015 | Macy's 9111 Duke Blvd Mason, OH 45040 | $ 488.00 | $ 0.00 | $ 44.16 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 0000016 | Peoples Gas<br>Chicago, IL 60687-0001 | $ 216.90 | $ 0.00 | $ 19.63 |
| 0000017 | Velocity Investments<br>c/o Reed Centraccio Zac, LLC<br>70 E. Lake St. Ste. 500<br>Chicago, IL 60601 | $ 13,671.07 | $ 0.00 | $ 1,237.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 4,769.88 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.