# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re: § § MENDEZ, INOCENCIO B. § §  Debtor § § | Case No. 15-24574 JSB |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 3,665.85 |
| Total Distributions to Claimants: 4,769.88 | Claims Discharged Without Payment: 112,724.84 |
| Total Expenses of Administration: 5,280.08 | |

3) Total gross receipts of $ 12,750.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,700.04  (see **Exhibit 2**), yielded net receipts of $ 10,049.96  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,080.08 | 5,080.08 | 5,280.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 115,709.76 | 52,715.43 | 52,715.43 | 4,769.88 |
| **TOTAL DISBURSEMENTS** | $ 115,709.76 | $ 57,795.51 | $ 57,795.51 | $ 10,049.96 |

    4) This case was originally filed under chapter 7 on 07/20/2015 . The case was pending for 40 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/23/2018      By:/s/GINA B. KROL
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CONTINGENT CLAIMS | 1149-000 | 12,750.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 12,750.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Inocencio Mendez | Exemptions | 8100-000 | 400.75 |
| Oasis Legal Financial LLC | Exemptions | 8100-000 | 2,299.29 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 2,700.04** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:GINA B. KROL | 2100-000 | NA | 1,755.00 | 1,755.00 | 1,755.00 |
| ASSOCIATED BANK | 2600-000 | NA | 25.08 | 25.08 | 25.08 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):DANA BLUMTHAL | 3210-600 | NA | 3,300.00 | 3,300.00 | 3,500.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,080.08 | $ 5,080.08 | $ 5,280.08 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Atlantic Card P.O. Box 13386 Roanoke, VA 24033 | | 7,480.00 | NA | NA | 0.00 |
| | CIMPAR SC 1111 Superior Street Suite 104 Melrose Park, IL 60160 | | 106.00 | NA | NA | 0.00 |
| | Edfinancial Services L 120 N Seven Oaks Dr Knoxville, TN 37922 | | 17,207.00 | NA | NA | 0.00 |
| | Edfinancial Services L 120 N Seven Oaks Dr Knoxville, TN 37922 | | 6,679.00 | NA | NA | 0.00 |
| | First Premier Bank 601 S. Minnesota Ave Sioux Falls, SD 57104 | | 495.00 | NA | NA | 0.00 |
| | First Premier Bank P.O. Box 5529 Sioux Falls, SD 57117 | | 323.82 | NA | NA | 0.00 |
| | Hinsdale Orthopaedics P.O. Box 5461 Carol Stream, IL 60197-5461 | | 746.00 | NA | NA | 0.00 |
| | Kohls/Capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 467.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LVNV Funding, LLC P.O. Box 740281 Houston, TX 77274 | | 1,319.00 | NA | NA | 0.00 |
| | Loyola University Medical Ctr P.O. Box 3021 Milwaukee, WI 53201-3021 | | 31.50 | NA | NA | 0.00 |
| | Macy's 9111 Duke Blvd Mason, OH 45040 | | 488.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Dr., Ste 200 San Diego, CA 92123 | | 962.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Dr., Ste 200 San Diego, CA 92123 | | 356.00 | NA | NA | 0.00 |
| | Northwest Collectors 3601 Algonquin Rd., Ste 23 Rolling Meadows, IL 60008 | | 284.00 | NA | NA | 0.00 |
| | Onemain Financial P.O. Box 499 Hanover, MD 21076 | | 11,851.00 | NA | NA | 0.00 |
| | Peoples Gas Chicago, IL 60687-0001 | | 216.90 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Real Time Resolutions 1349 Empire Central Drive Suite 150 Dallas, TX 75247 | | 1,740.00 | NA | NA | 0.00 |
| | Reed Centracchio Zac LLC 70 E. Lake Street Suite 500 Chicago, IL 60601 | | 13,671.07 | NA | NA | 0.00 |
| | Webbank/Fingerhut 6250 Ridgewood Rd Saint Cloud, MN 56303 | | 356.00 | NA | NA | 0.00 |
| 000006 | CHECK 'N GO | 7100-000 | 1,740.00 | 1,740.00 | 1,740.00 | 157.44 |
| 000007 | CIMPAR SC | 7100-000 | 106.00 | 106.00 | 106.00 | 9.59 |
| 000008 | EDFINANCIAL SERVICES L | 7100-000 | 6,679.00 | 6,679.00 | 6,679.00 | 604.34 |
| 000009 | EDFINANCIAL SERVICES L | 7100-000 | 17,207.00 | 17,207.00 | 17,207.00 | 1,556.95 |
| 0000011 | HINSDALE ORTHOPAEDICS' | 7100-000 | 746.00 | 746.00 | 746.00 | 67.50 |
| 0000013 | LOYOLA UNIVERSITY MEDICAL CTR | 7100-000 | 31.50 | 31.50 | 31.50 | 2.85 |
| 000004 | ONE MAIN FINANCIAL | 7100-000 | 7,480.00 | 7,480.00 | 7,480.00 | 676.81 |
| 000005 | ASSOCIATED PATHOLOGY | 7100-001 | 284.00 | 284.00 | 284.00 | 25.70 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 0000016 | PEOPLES GAS | 7100-001 | 216.90 | 216.90 | 216.90 | 19.63 |
| 0000017 | VELOCITY INVESTMENTS | 7100-001 | 13,671.07 | 13,671.07 | 13,671.07 | 1,237.00 |
| 000003 | CAPITAL ONE, N.A. | 7100-900 | NA | 467.26 | 467.26 | 42.28 |
| 0000010 | FIRST PREMIER BANK | 7100-900 | 495.00 | 495.00 | 495.00 | 44.79 |
| 0000012 | KOHL'S/CAPONE | 7100-900 | 467.00 | 467.00 | 467.00 | 42.26 |
| 0000015 | MACY'S | 7100-900 | 488.00 | 488.00 | 488.00 | 44.16 |
| 000001 | MIDLAND CREDIT MANAGEMENT, INC. AS | 7100-900 | NA | 356.03 | 356.03 | 32.21 |
| 000002 | MIDLAND CREDIT MANAGEMENT, INC. AS | 7100-900 | NA | 961.67 | 961.67 | 87.02 |
| 0000014 | LVNV FUNDING LLC | 7100-901 | 1,319.00 | 1,319.00 | 1,319.00 | 119.35 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 115,709.76 | $ 52,715.43 | $ 52,715.43 | $ 4,769.88 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 15-24574 | JSB | Judge: JANET S. BAER |
|---|---|---|---|
| Case Name: | MENDEZ, INOCENCIO B. | | |

| Trustee Name: | GINA B. KROL |
|---|---|
| Date Filed (f) or Converted (c): | 07/20/15 (f) |
| 341(a) Meeting Date: | 08/18/15 |
| Claims Bar Date: | 04/18/16 |

For Period Ending: 09/30/18   (4th reporting period for this case)

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNTS | 15.85 | 0.00 | | 0.00 | FA |
| Checking account with PNC Bank, account number ****358 | | | | | |
| 2. SECURITY DEPOSITS | 0.00 | 0.00 | | 0.00 | FA |
| Security deposit with landlord, $500.00. | | | | | |
| 3. HOUSEHOLD GOODS | 600.00 | 0.00 | | 0.00 | FA |
| Household goods including TV, living room and bedroom furniture, microwave, tables, chairs, pots, pans, dishes. | | | | | |
| 4. BOOKS / COLLECTIBLES | 50.00 | 0.00 | | 0.00 | FA |
| Various books and family pictures. | | | | | |
| 5. WEARING APPAREL | 250.00 | 0.00 | | 0.00 | FA |
| Necessary clothing | | | | | |
| 6. FIREARMS AND HOBBY EQUIPMENT | 50.00 | 0.00 | | 0.00 | FA |
| Camera | | | | | |
| 7. CONTINGENT CLAIMS | Unknown | 10,050.00 | | 12,750.00 | FA |
| Potential EEOC claim against Infiniti of Clarendon Hills. | | | | | |
| TOTALS (Excluding Unknown Values) | $965.85 | $10,050.00 | | $12,750.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to prepare TDR

October 19, 2018, 12:25 pm

LFORM1                                                                                                                          Ver: 20.02

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

Case 15-24574   Doc 59   Filed 10/31/18   Entered 10/31/18 14:13:07   Desc Main
Document      Page 10 of 15

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 15-24574   JSB   Judge: JANET S. BAER | Trustee Name: GINA B. KROL |
| Case Name: | MENDEZ, INOCENCIO B. | Date Filed (f) or Converted (c): 07/20/15 (f) |
| | | 341(a) Meeting Date: 08/18/15 |
| | | Claims Bar Date: 04/18/16 |

Litigation filed in District Court - June 28, 2017, 01:47 pm

EEOC claim pending
October 12, 2016, 02:49 pm

EEOC claim has value. Trustee to employ special counsel to proceed for estate.
January 14, 2016, 12:16 pm

Initial Projected Date of Final Report (TFR): 12/31/17     Current Projected Date of Final Report (TFR): 12/31/18

/s/   GINA B. KROL
_____   Date: 10/23/18
    GINA B. KROL

LFORM1                                                              Ver: 20.02
**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-24574 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | MENDEZ, INOCENCIO B. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8119 Checking Account |
| Taxpayer ID No: | *******7902 | | |
| For Period Ending: | 09/30/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 02/23/18 | 7 | Infinity of Clarendon Hills  415 E. Ogden Ave.  Clarendon Hills, IL 60514 | Settlement Proceeds | 1149-003 | 10,050.00 | | 10,050.00 |
| * 02/23/18 | 7 | Infintiy of Clarendon Hills  415 E. Ogden Ave.  Clarendon Hills, IL 60514 | Exemption amount of Settlement Proc | 1149-003 | 2,700.00 | | 12,750.00 |
| 02/23/18 | 030001 | Goldberg Weisman Cairo  One East Wacker Drive  39th Floor  Chicago, IL 60601 | Special Counsel Fees  Overpayment of $200 was made in error  Special Counsel returned overpayment | 3210-600 | | 3,700.00 | 9,050.00 |
| 02/23/18 | 030002 | Oasis Legal Financial LLC  9525 W. Bryn Mawr Ave.  Suite 900  Rosemont, IL 60018 | Lien on Debtor's Exemption Claim | 8100-000 | | 2,299.29 | 6,750.71 |
| 02/23/18 | 030003 | Inocencio Mendez  c/o Dana Blumthal  One East Wacker Dr.  39th Floor  Chicago, IL 60601 | Balance of Exemption | 8100-000 | | 400.75 | 6,349.96 |
| 03/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,339.96 |
| 04/06/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.08 | 6,324.88 |
| * 04/16/18 | 7 | Infintiy of Clarendon Hills  415 E. Ogden Ave.  Clarendon Hills, IL 60514 | Exemption amount of Settlement Proc  Entered as a deposit in error  Should have been recorded as an allocated debit | 1149-003 | -2,700.00 | | 3,624.88 |
| * 04/18/18 | | Adjustment | Adjustment to Correct Error | 9999-003 | 2,700.00 | | 6,324.88 |
| 04/25/18 | | Dana Blumthal  4333 N. Kedvale  Chicago, IL | Overpayment of Fees | 3210-600 | | -200.00 | 6,524.88 |
| * 05/16/18 | 7 | Infinity of Clarendon Hills | Settlement Proceeds | 1149-003 | -10,050.00 | | -3,525.12 |
| | | | Page Subtotals | | 2,700.00 | 6,225.12 | |

Ver: 20.02

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 15-24574 -JSB | |
| Case Name: | MENDEZ, INOCENCIO B. | |
| Taxpayer ID No: | *******7902 | |
| For Period Ending: | 09/30/18 | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******8119 Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/16/18 | 7 | 415 E. Ogden Ave. Clarendon Hills, IL 60514 Infinity of Clarendon Hills | Settlement Proceeds | 1149-000 | 12,750.00 | | 9,224.88 |
| * 05/16/18 | | 415 E. Ogden Ave. Clarendon Hills, IL 60514 Reverses Adjustment IN on 04/18/18 | Original Deposit # 1 dated 2/23/18 - incorrect amount. Adjustment to Correct Error | 9999-003 | -2,700.00 | | 6,524.88 |
| 06/22/18 | 030004 | Gina B. Krol 105 W. Madison St. Suite 1100 Chicago, IL 60602 | Final Distribution Trustee's Fees | 2100-000 | | 1,755.00 | 4,769.88 |
| 06/22/18 | 030005 | Midland Credit Management, Inc. as agent for MIDLAND FUNDING LLC PO Box 2011 Warren, MI 48090 | Final Distribution (1-1) 3816 | 7100-900 | | 32.21 | 4,737.67 |
| 06/22/18 | 030006 | First Premier Bank PO Box 5529 Sioux Falls, SD 57117 | Final Distribution | 7100-900 | | 44.79 | 4,692.88 |
| 06/22/18 | 030007 | Hinsdale Orthopaedics' PO Box 5461 Carol Stream, IL 60197 | Final Distribution | 7100-000 | | 67.50 | 4,625.38 |
| 06/22/18 | 030008 | Kohl's/Capone N56 W 17000 Ridgewood Dr. Menomonee Falls, WI 53051 | Final Distribution | 7100-900 | | 42.26 | 4,583.12 |
| 06/22/18 | 030009 | CLERK OF US BANKRUPTCY COURT 219 S. Dearborn Street 7th Floor Chicago, IL 60604 | Final Distribution Loyola University Medical Ctr PO Box 3021 Milwaukee, WI 53201 | 7100-000 | | 2.85 | 4,580.27 |
| * 06/22/18 | 030010 | LVNV Funding LLC PO Box 740281 | Final Distribution | 7100-903 | | 119.35 | 4,460.92 |

Page Subtotals  10,050.00  2,063.96

Ver: 20.02

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-24574 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | MENDEZ, INOCENCIO B. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8119  Checking Account |
| Taxpayer ID No: | *******7902 | | |
| For Period Ending: | 09/30/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/22/18 | 030011 | Houston, TX 77274<br>Macy's<br>9111 Duke Blvd<br>Mason, OH 45040 | Final Distribution | 7100-900 | | 44.16 | 4,416.76 |
| * 06/22/18 | 030012 | Peoples Gas<br>Chicago, IL 60687-0001 | Final Distribution | 7100-003 | | 19.63 | 4,397.13 |
| * 06/22/18 | 030013 | Velocity Investments<br>c/o Reed Centraccio Zac, LLC<br>70 E. Lake St. Ste. 500<br>Chicago, IL 60601 | Final Distribution | 7100-003 | | 1,237.00 | 3,160.13 |
| 06/22/18 | 030014 | Midland Credit Management, Inc. as agent for<br>MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090 | Final Distribution<br>(2-1) 3840 | 7100-900 | | 87.02 | 3,073.11 |
| 06/22/18 | 030015 | CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Final Distribution | 7100-900 | | 42.28 | 3,030.83 |
| 06/22/18 | 030016 | One Main Financial<br>c/o Atlantaic Card<br>PO Box 13386<br>Roanoke, VA 24033 | Final Distribution | 7100-000 | | 676.81 | 2,354.02 |
| * 06/22/18 | 030017 | Associated Pathology<br>c/o Northwest Collections<br>3601 Algonquin Rd., Ste. 23<br>Rolling Meadows, IL 60008 | Final Distribution | 7100-003 | | 25.70 | 2,328.32 |
| 06/22/18 | 030018 | Check 'n go<br>c/o Real Time Resolutions<br>1349 Empire Central Dr., Ste. 150 | Final Distribution | 7100-000 | | 157.44 | 2,170.88 |

Page Subtotals    0.00    2,290.04

Ver: 20.02

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 13)

Case 15-24574   Doc 59   Filed 10/31/18   Entered 10/31/18 14:13:07   Desc Main
Document      Page 14 of 15

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-24574 -JSB | | Trustee Name: | GINA B. KROL |
| Case Name: | MENDEZ, INOCENCIO B. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8119  Checking Account |
| Taxpayer ID No: | *******7902 | | | |
| For Period Ending: | 09/30/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Dallas, TX 75247 | | | | | |
| 06/22/18 | 030019 | CIMPAR SC<br>111 Superior Street<br>Suite 104<br>Melrose Park, IL 60160 | Final Distribution | 7100-000 | | 9.59 | 2,161.29 |
| 06/22/18 | 030020 | Edfinancial Services L<br>120 N. Seven Oaks Dr.<br>Knoxville, TN  37922 | Final Distribution | 7100-000 | | 604.34 | 1,556.95 |
| 06/22/18 | 030021 | Edfinancial Services L<br>120 N. Seven Oaks Dr.<br>Knoxville, TN  37922 | Final Distribution | 7100-000 | | 1,556.95 | 0.00 |
| * 09/24/18 | 030010 | LVNV Funding LLC<br>PO Box 740281<br>Houston, TX  77274 | Final Distribution | 7100-903 | | -119.35 | 119.35 |
| * 09/24/18 | 030012 | Peoples Gas<br>Chicago, IL 60687-0001 | Final Distribution | 7100-003 | | -19.63 | 138.98 |
| * 09/24/18 | 030013 | Velocity Investments<br>c/o Reed Centraccio Zac, LLC<br>70 E. Lake St. Ste. 500<br>Chicago, IL 60601 | Final Distribution | 7100-003 | | -1,237.00 | 1,375.98 |
| * 09/24/18 | 030017 | Associated Pathology<br>c/o Northwest Collections<br>3601 Algonquin Rd., Ste. 23<br>Rolling Meadows, IL 60008 | Final Distribution | 7100-003 | | -25.70 | 1,401.68 |
| 09/24/18 | 030022 | CLERK OF US BANKRUPTCY COURT<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL  60604 | Final Distribution<br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #    CLAIM #       DIVIDEND<br>================================<br>  5         000005           25.70<br> 14         0000014         119.35 | <br><br><br><br>7100-001<br>7100-901 | | 1,401.68 | 0.00 |

Page Subtotals       0.00       2,170.88

Ver: 20.02

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-24574 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | MENDEZ, INOCENCIO B. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8119  Checking Account |
| Taxpayer ID No: | *******7902 | | |
| For Period Ending: | 09/30/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | 16   0000016   19.63 | 7100-001 | | | |
| | | | 17   0000017   1,237.00 | 7100-001 | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 12,750.00 | 12,750.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 12,750.00 | 12,750.00 | |
| Less: Payments to Debtors | | 2,700.04 | |
| Net | 12,750.00 | 10,049.96 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********8119 | 12,750.00 | 10,049.96 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 12,750.00 | 10,049.96 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

Ver: 20.02

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*